IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GERALD W. BROCKINGTON**                                         **PLAINTIFF**

v.                                  **CIVIL ACTION NO.1:03cv168-LG-RHW**

**JO ANNE B. BARNHART,**                                       **DEFENDANT**
**Commissioner of Social Security**

## JUDGMENT

This cause came on for hearing before the Court on the Claimant's Motion for Reversal and Remand of the Commissioner's Decision [19-1], the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Claimant's Motion for Reversal and Remand of the Commissioner's Decision [19-1] should be and is hereby **DENIED.** The decision of the Commissioner is hereby affirmed and the above captioned cause is hereby dismissed.

**SO ORDERED AND ADJUDGED** this the 22[th] day of March, 2006.

                                                      s/ *Louis Guirola, Jr.*
                                                      LOUIS GUIROLA, JR.
                                                      UNITED STATES DISTRICT JUDGE